**Proposed Distribution**

Case Number: 6:14-bk-10283-RAC

Debtor Name: Amanda L. Miller

Date: January 27, 2017

PROPOSED DISTRIBUTION

| Claim # | Payee Name | Class | Priority | Amount | Paid To Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $46,247.75 |
| | Arvind Mahendru<br>5703 Red Bug Lake Rd. #284<br>Winter Springs Florida, 32708 | Administrative | 100 | $8,078.55 | $0.00 | $8,078.55 | $8,078.55 | $38,169.20 |
| | Arvind Mahendru<br>5703 Red Bug Lake Rd. #284<br>Winter Springs Florida, 32708 | Administrative | 100 | $216.92 | $0.00 | $216.92 | $216.92 | $37,952.28 |
| | Paul & Perkins, P.A.<br>3117 Edgewater Drive<br>Orlando, FL 32804 | Administrative | 100 | $40,000.00 | $40,000.00 | $0.00 | $0.00 | $37,952.28 |
| | Paul & Perkins, P.A.<br>3117 Edgewater Drive<br>Orlando, FL 32804 | Administrative | 100 | $10,323.25 | $10,323.25 | $0.00 | $0.00 | $37,952.28 |
| | Arvind Mahendru<br>5703 Red Bug Lake Rd. #284<br>Winter Springs Florida, 32708 | Administrative | 100 | $0.00 | $0.00 | $0.00 | $0.00 | $37,952.28 |
| | Arvind Mahendru<br>5703 Red Bug Lake Rd. #284<br>Winter Springs Florida, 32708 | Administrative | 100 | $2,030.00 | $0.00 | $2,030.00 | $2,030.00 | $35,922.28 |
| | Steve M. Vanderwilt, CPA<br>9940 Hood Road<br>Jacksonville, Florida 32257 | Administrative | 100 | $501.00 | $0.00 | $501.00 | $501.00 | $35,421.28 |
| | Steve M. Vanderwilt, CPA<br>9940 Hood Road<br>Jacksonville, Florida 32257 | Administrative | 100 | $14.10 | $0.00 | $14.10 | $14.10 | $35,407.18 |
| | Subtotals for Class Administrative 100.00% | | | $61,163.82 | $50,323.25 | $10,840.57 | $10,840.57 | |
| 1 | Navient Solutions Inc.<br>PO BOX 9533<br>Wilkes-Barre, PA 18773-9533 | Unsecured | 300 | $2,217.75 | $0.00 | $2,217.75 | $1,512.74 | $33,894.44 |
| 2 | Navient Solutions, Inc.<br>Department Of Education<br>Department of Education Servicing<br>PO BOX 740351<br>Atlanta, GA 30374-0351 | Unsecured | 300 | $46,894.43 | $0.00 | $46,894.43 | $31,987.02 | $1,907.42 |
| 3 | Capital One Na<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Unsecured | 300 | $567.91 | $0.00 | $567.91 | $387.38 | $1,520.04 |
| 4 | Midland Funding Llc<br>Po Box 2011<br>Warren Mi 48090 | Unsecured | 300 | $446.24 | $0.00 | $446.24 | $304.38 | $1,215.66 |
| 5 | Gary Dorst<br>Dorst Law, P.A.<br>1590 N Maitland Ave<br>Maitland, Fl 32751 | Unsecured | 300 | $1,782.21 | $0.00 | $1,782.21 | $1,215.66 | $0.00 |
| | Subtotals for Class Unsecured 68.21% | | | $51,908.54 | $0.00 | $51,908.54 | $35,407.18 | |
| | Totals | | | $113,072.36 | $50,323.25 | $62,749.11 | $46,247.75 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.